## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | | |
|---|---|---|
| **DENNIS MALONE** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | |
| **MANITOBA PUBLIC INSURANCE** | * | **MAGISTRATE:** |
| **COMPANY, NEW HOPE** | * | |
| **TRANSPORT, LTD and** | * | |
| **RENE ST. HILAIRE** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, **DENNIS MALONE**, and with respect files the following Complaint for Damages and appropriate ancillary relief:

## PARTIES

1.

Made Plaintiff herein is:

A) **DENNIS MALONE**, a person of the full age of majority and domiciled in Prattville, Alabama.

2.

Made Defendants herein are:

B) **Manitoba Public Insurance Company,** upon information, knowledge and belief, a foreign insurance company, authorized to do and doing business in the State of Louisiana;

C) **New Hope Transport Ltd.**, upon information, knowledge and belief, a foreign corporation, authorized to do and doing business in the State of Louisiana, with its principal place of business located at 170 Agri Park Road, Oak Bluff, MB R4G 0A5, Canada;

1

D) **Rene St. Hilaire**, upon information, knowledge and belief, a major and citizen of the Winnipeg, Canada.

## JURISDICTION AND VENUE

3.

This Honorable Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship of the parties and the amount in controversy is greater than $75,000.00.

4.

Venue in this Court is proper in accordance with 28 U.S.C. § 1391(b)(2) because the incident forming the basis of this action occurred in Bossier Parish, Louisiana, which is within the United States District Court for the Western District of Louisiana.

## FACTS

5.

On or about October 1, 2021, Plaintiff, Dennis Malone, was operating a 2012 Dodge Ram, traveling westbound on I-20 in the Parish of Bossier, State of Louisiana.

6.

Defendant, Rene St. Hilaire, operating a 2019 Peterbilt CMV, was also traveling in a westerly direction on I-20 in the Parish of Bossier, State of Louisiana.

7.

Suddenly, and without warning, Defendant, Rene St. Hilaire, veered into Plaintiff's lane of travel, striking Plaintiff's vehicle.

8.

At the time of the above-described incident, Defendant, Rene St. Hilaire, was acting in the course and scope of his employment with Defendant, New Hope Transport Ltd.

9.

As a result of the above-described incident, Plaintiff, Dennis Malone, suffered bodily injuries and other damages.

10.

The injuries and damages sustained by Plaintiff were caused by the negligent acts of omission and/or commission on the part of the Defendant, Rene St. Hilaire, due to his failure to operate the vehicle he was operating in a proper, prudent safe manner. Mr. St. Hilaire's fault includes, but is not limited to:

a. Failing to maintain a proper lookout;

b. Failing to be attentive to any surroundings;

c. Failing to do any act by which to avoid the collision;

d. Failing to observe existing traffic conditions;

e. Failing to observe Plaintiff in due time in order to avoid hitting same;

f. Failing to observe due caution;

g. Striking Plaintiff;

h. Improperly changing lanes;

i. Speeding;

j. Failing to yield; and

k. Any and all other acts of negligence, fault or imprudence which may be proven during the investigation of this matter, all of which are violations of the laws of Louisiana and applicable ordinances which are hereby specifically pleaded and adopted by reference as though set forth *in extensio*.

11.

The collision described above, and the injuries and damages sustained by Plaintiff resulting therefrom, were proximately and legally caused by the fault, including negligence, of Defendant, New Hope Transport Ltd., in the following particulars:

    a.    Failing to take necessary action to avoid the accident;

    b.    Failing to properly screen, hire, monitor, supervise, and/or train employee drivers;

    c.    Acting with wanton and reckless disregard for the rights and safety of others;

    d.    Failing to use due care and caution under the circumstances; and

    e.    Any and all other acts of negligence, fault or imprudence which may be proven during the investigation of this matter, all of which are violations of the laws of Louisiana and applicable ordinances which are hereby specifically pleaded and adopted by reference as though set forth *in extensio*.

12.

Defendant, New Hope Transport Ltd., is answerable for the damages unto Plaintiff occasioned by the acts of Defendant, Rene St. Hilaire, under the doctrine of *respondeat superior*, and Louisiana Civil Code Article 2320 as Defendant, Rene St. Hilaire, was operating the vehicle in the course and scope of his employment with Defendant, New Hope Transport Ltd.

13.

At all pertinent times herein, including on October 1, 2021, New Hope Transport Ltd. had in full force and effect a policy of insurance with Defendant Manitoba Public Insurance Company for liabilities of the nature and kind made the basis of this lawsuit and, therefore, Manitoba Public Insurance Company is liable unto Plaintiff, jointly, severally, and *in solido* with New Hope Transport Ltd. As a result, Manitoba Public Insurance Company is being sued directly pursuant to Louisiana Revised State, Title XXII, Section 1269.

14.

Defendants, Manitoba Public Insurance Company, New Hope Transport Ltd., and Rene St. Hilaire are liable unto Plaintiff jointly, severally and in solido for the damages he sustained as a result of the accident at issue.

15.

Mr. Malone itemizes the damages which he suffered that were proximately caused by the above-described negligence of Defendants as follows, to-wit:

a. Past physical pain, suffering and discomfort;

b. Past mental anguish, emotional distress, aggravation, and annoyance;

c. Future physical pain, suffering and discomfort;

d. Future mental anguish, emotional distress, aggravation and annoyance;

e. Past medical expenses;

f. Future medical expenses;

g. Property damage;

h. Loss of wages;

i. Loss of earning capacity; and

j. Loss of enjoyment of life.

16.

Plaintiff requests a jury trial.

WHEREFORE, Plaintiff, Dennis Malone, prays that Defendants, Manitoba Public Insurance Company, New Hope Transport Ltd., and Rene St. Hilaire, be served with a copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, there be judgment in favor of Plaintiffs and against Defendants in an amount of damages to be determined and found reasonable at trial, together with legal interest thereon from the date of judicial demand until paid in full, as well as all costs and disbursements of these proceedings, and all other general and equitable relief as the court may deem fit.

**PLAINTIFF WILL ATTEMPT A WAIVER OF SERVICE, IF UNSUCCESSFUL, PLAINTIFF WILL SERVE THE FOREIGN DEFENDANTS IN ACCORDANCE WITH THE APPLICABLE CANADIAN/INTERNATIONAL LAW.**

Respectfully submitted:

**HUBER THOMAS, LLP**

 _/s/Logan E. Schonekas_____
**STEPHEN M. HUBER, BAR NO. 24463**
**LOGAN E. SCHONEKAS, BAR NO. 35309**
**LEANDRO R. AREA, BAR NO. 34425**
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone:	(504) 274-2500
Facsimile:	(504) 910-0838
stephen@huberthomaslaw.com
logan@huberthomaslaw.com
rylee@huberthomaslaw.com
ATTORNEYS FOR PLAINTIFF